UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:04-CR-55 |
| ) | JUDGE GREER |
| ADELBERTO LARA PORTELA, ) | |
| also known as Adalberto Lara Portela ) | |
| also known as Daniel Rodriguez ) | |
| also known as Sergio Maza-Sosa ) | |

## FINAL ORDER OF FORFEITURE

**1. Indictment.** On October 19, 2004, a Superseding Indictment was filed against defendant ADELBERTO LARA PORTELA, charging him with, among other things, knowingly, intentionally, and without authority possessing with intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii). The Forfeiture paragraph of the Superseding Indictment provided that, pursuant to Title 21, United States Code, Section 853, the defendant shall forfeit any property which facilitated the commission of the offense charged in Count One, including but not limited to: $22,229.75 in U.S. currency.

**2. Plea of Guilty.** On January 31, 2005, the defendant pled guilty to Counts One and Two of the Superseding Indictment and agreed to forfeit the $22,229.75 in U.S. currency, property which

1

was used or intended to be used to commit or facilitate the commission of the offense charged in Count One, that is, a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii).

**3. Agreed Preliminary Order of Forfeiture.** On January 31, 2005, this Court entered an Agreed Preliminary Order of Forfeiture pursuant to the conviction of the defendant, ADELBERTO LARA PORTELA, forfeiting to the United States, pursuant to Title 21, United States Code, Section 853(h) and Rule 32.2 of the Federal Rules of Criminal Procedure, his interest in the $22,229.75 in U.S. currency, as property which was involved in the offenses charged in Count One of the Superseding Indictment.

**4. Notice of Forfeiture.** Pursuant to Title 21, United States Code, Section 853(n)(1) and the Agreed Preliminary Order of Forfeiture, Notice of Forfeiture as to the property described herein, was published in the *Citizen Tribune*, a newspaper of general circulation in Hamblen County, Tennessee, for three insertions on March 11, March 18, and March 25, 2005.

The Notice of Forfeiture advised that any person, other than the defendant, having or claiming a legal interest in the defendant property described herein, must file a petition with the Court within thirty (30) days of the final publication of the notice. The notice further provided that the petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the defendant property and any additional facts supporting the petitioner's claim and the relief sought. Proof of Publication was filed with the clerk of this court on April 19, 2005.

**5. Third Party Claims.** There were no known potential claimants, and the United States did not attempt to provide any personal service.

**5. Sentencing.** On August 15, 2005, the defendant was sentenced, and a Judgment was issued ~~August~~ 19, 2005, forfeiting to the United States, pursuant to Title 21, United States Code, Section 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the defendant's interest in the $22,229.75 in U.S. currency, as property which was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense of conviction, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii), as charged in Count One of the Superseding Indictment.

No other person, corporation or entity, other than those listed above, has filed a claim to the properties described herein, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED:

1. That the following property be and the same is hereby forfeited to the United States, pursuant to Title 21, United States Code, Section 853(h), as being property which was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii), and all right, title and interest in the said property be and the same is hereby vested in the United States:

$22,229.75 in U.S. currency.

2. That the United States Marshals Service, as custodian, shall dispose of said forfeited property according to law, after deduction of the expenses and costs incurred by the U.S. Marshals Service in connection therewith;

3

3. That the Clerk of this Court shall provide the United States Attorney's Office, Greeneville, Tennessee and United States Marshal's Service, Knoxville, Tennessee with a certified copy of this Final Order of Forfeiture.

ENTER:

J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

Submitted by:

HARRY S. MATTICE, JR.
United States Attorney

By: /s/ Nancy Stallard Harr

    NANCY STALLARD HARR

    Assistant U.S. Attorney

4